

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00736-CV

**IN RE TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                  Phylis J. Speedlin, Justice
                  Steven C. Hilbig, Justice

Delivered and Filed:   October 29, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On October 1, 2008, relator filed a petition for a writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of standing orders entered by the Honorable Richard Garcia, associate judge of the Bexar County Children's Court.